# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| In re:  KELLEY J. KASSAY | CASE NO. 11-62769<br><br>CHAPTER  7 |
| Debtor | |

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives <u>NOTICE</u> of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS<br>OF CREDITOR | DATE OF DEBT AND<br>SECURITY, IF ANY | WHETHER<br>DISPUTED | AMOUNT |
|---|---|---|---|
| SEE CREDITOR MATRIX ATTACHED. | | | |

/s/Kelley J. Kassay
(Debtor Must Sign)
The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

## CERTIFICATION

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees.  I further certify that a true copy of this Notice was duly mailed on  NOVEMBER 18, 2011 , to the Court, debtor, trustee, U.S. Trustee, and, if the §341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the §341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable.

Dated: November 18, 2011     Signed:     /s/Stuart C. Salmon (VSB # 68617) Counsel for Kelley J. Kassay

--------------------------------------------------------------------------------------------------------------------------

Note:  ALL amendments must be accompanied by a THIRTY DOLLARS ($30.00) filing fee payable to **Clerk, U. S. Bankruptcy Court**.  Personal checks are not accepted.  **If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if pro-se, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.**

nas7.frm
11-1-11

Bank of America
P.O. Box 15026
Wilmington, DE  19850-5026

Best Buy
P.O Box 17051
Baltimore, MD  21297-1051

Bill Me Later
P.O. Box 105658
Atlanta, GA  30348-5658

Capital One
P.O. Box 71083
Charlotte, NC  28272-1083

Catskill Region Emerg Phys Service PLLC
484 Temple Hill Rd., Suite 104
New Winidsor, NY  12553

Catskills Regional Hospital
484 Temple Hill Rd., Suite 104
New Windsor, NY  12553

Cavalier Computers
Central Grounds Parking Garage
400 Emmett Street
Charlottesville, VA  22904

Charlottesville Radiology LTD
P.O. Box 2546
Virginia Beach, VA  23450

CHOP Hospital Billing
Lock Box 7802, P.O. Box 8500
Philadelphia, PA  19178-7802

Citi Financial
P.O. Box 183172
Columbus, OH  43218-3172

First Premier Bank
P.O. Box 5529
Sioux Falls, SD  57117-5529

GE Money Bank (American Eagle Outfitter)
P.O. Box 960013
Orlando, FL  32896-0013

GE Money Bank (American Eagle Outfitter)
P.O. Box 530942
Atlanta, GA  30353-0942

GE Money Bank (Belk)
P.O. Box 530940
Atlanta, GA  30353-0940

GE Money Bank (Old Navy)
P.O. Box 960017
Orlando, FL  32896-0018

GE Money Bank (Wal-Mart)
P.O. Box 1187
Monrovia, CA  91017

HSBC
P.O. Box 4155
Carol Stream, IL  60197-9907

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI  53201-2983

Macy's
P.O. Box 183084
Columbus, OH  43218-3084

Nordstrom Bank
P.O. Box 79134
Pheonix, AZ  85062-9134

NYC Department Of Finance
Parking Violations, Church St. Station
P.O. Box 3671
New York, NY  10008-3671

Payment Processing Center
P.O. Box 4155
Carol Stream, IL  60197-9907

Social Security Administration
P.O. Box 3430
Philadelphia, PA  19122-9985

UVA Credit Union
3300 Berkmar Dr.
Charlottesville, VA  22901

Verizon Wireless-Mid Atlan
ATTN:Bankruptcy
P.O. Box 761
Bedminster, NJ  07921-0761

Victoria's Secret
P.O. Box 659728
San Antonio, TX  78265-9728